**JS-6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GALBRETH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC, a Delaware corporation; DOES 1-10, business entit(ies), form(s) unknown; DOES 11-20, individual(s); and DOES 21-30, inclusive,<br><br>　　　　Defendant(s). | Case No. 5:22-CV-01899-SVW-E<br><br>**ORDER TO STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)**<br><br>*(Filed Concurrently with the Parties' Stipulation of Dismissal with Prejudice)* |

The Court having considered the stipulation of the parties, and good cause appearing, orders as follows:

1. Pursuant to the stipulation of the parties under FRCP 41(a)(1)(A), the action is dismissed in its entirety with prejudice as to all claims and causes of action.

2. Each party shall bear their own costs and attorneys' fees

IT IS SO ORDERED.

Dated: March 31, 2023

_____
Honorable Stephen V. Wilson
United States District Court Judge

1  IT IS SO ORDERED.

2  Dated: _____, 2023

3  _____
   Honorable Stephen V. Wilson
   United States District Court Judge